No. 10–9732. HAQUE v. IMMIGRATION AND CUSTOMS ENFORCEMENT ET AL., 563 U. S. 1017; and

No. 10–9737. HAQUE v. DEPARTMENT OF HOMELAND SECURITY ET AL., 563 U. S. 1017. Petitions for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions.